UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CARL A. BUSH,

                Plaintiff,                Case No. 1:12cv192

v.                                                   Hon. Robert J. Jonker

MICHIGAN DEPARTMENT
OF CORRECTIONS, *et al.*,

                Defendants.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 11, 2013.. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed OF CORRECTIONS, et al., is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the motion for summary judgment (docket #18) is **GRANTED** as to defendants Vandervelden and Helton.

**IT IS ORDERED** that the motion for summary judgment is GRANTED as to defendant Karnitz with respect to all claims **except** those arising from a kite response made on or about January 31, 2011.

**IT IS ORDERED** that the motion for summary judgment is **GRANTED** as to defendant Vanhouten with respect to all claims **except** those arising from a kite response made on or about March 18, 2011.

**IT IS ORDERED** that the motion for summary judgment is **GRANTED** as to defendant Cooper with respect to all claims **except** those arising from a kite response made on or about March 22, 2011.

**IT IS FURTHER ORDERED** that the motion for summary judgment is **GRANTED** as to defendant Britton with respect to all claims **except** those arising from a kite response made on or about March 30, 2011.

                                                                                            /s/ Robert J. Jonker      
                                                                                                ROBERT J. JONKER
                                                                 UNITED STATES DISTRICT JUDGE

DATED: March 8, 2013.