UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CARL A. BUSH,

        Petitioner,                      Case No. 1:12cv192

v.                                                  Hon. Robert J. Jonker

MICHIGAN DEPARTENT OF CORRECTIONS, et al.,

        Respondent.

_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 8, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 8, 2013, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that Defendant Barbara Anderson's motion for summary judgment (docket #24) is **GRANTED** and Defendant Anderson is dismissed from this action.

        **IT IS FURTHER ORDERED** that Defendants Britton, Cooper, Karnitz and VanHouten's second motion for summary judgment (docket #31) is **GRANTED** and these defendants are also dismissed from this action.

                                                    /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE

DATED:  August 29, 2013.