UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL A. BUSH,

        Plaintiff,        Case No. 1:12cv192

v.        Hon. Robert J. Jonker

ADELLATIF, M.D. and
SPITTERS, P.A.,

        Defendants.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 3, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 3, 2014, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the motion to dismiss (docket #40) and the renewed motion to dismiss (docket # 42) are **GRANTED**. Defendants Badawi Abdellatif, M.D. and Daniel Spitters, P.A. are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b). This matter is **CLOSED.**

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

DATED: February 26, 2014.